1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  SAPNA MEHTA (CABN 288238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7478
7     FAX: (415) 436-6748
      sapna.mehta@usdoj.gov
8
   Attorneys for Respondents
9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 | JORGE WILLY VALERA              ) CASE NO. 3:25-cv-06320-TLT
   | CHUQUILLANQUI,                  )
14 |                                 ) **AMENDED STIPULATION AND** [PROPOSED]
   |                                 ) **ORDER TO EXTEND BRIEFING AND**
15 |         Petitioner,             ) **HEARING SCHEDULE FOR MOTION FOR**
   |     v.                          ) **PRELIMINARY INJUNCTION**
16 |                                 )
   | POLLY KAISER, *et al.*,         )
17 |                                 )
   |         Respondents.            )
18 |                                 )

19

20       Petitioner Jorge Willy Valera Chuquillanqui ("Petitioner") and respondents Polly Kaiser, Todd

21  Lyons, Kristi Noem, and Pamela Bondi ("Respondents"), by and through their undersigned counsel,

22  hereby stipulate, subject to the approval of the Court, that the deadlines for Respondents' response to and

23  hearing on the order to show cause why a preliminary injunction should not issue be extended. This

24  stipulation is based on the following facts:

25       1. On July 28, 2025, Petitioner filed a Petition for Writ of Habeas Corpus (Dkt. 1) and on July

26          29, 2025, filed an *Ex Parte* Motion for Temporary Restraining Order (Dkt. 3).

27       2. On July 29, 2025, the Court entered an Order (Dkt. 6) granting Petitioner's *ex parte* motion

28          for a TRO. The Court ordered Respondents to file a response to Petitioner's motion by

August 5, 2025 at 5 p.m. and set a preliminary injunction hearing for August 12, 2025 at 2 p.m.

3. The undersigned counsel for Respondents will be out of the office on pre-planned leave from August 1 to August 5, 2025, the date Respondents' response is currently due. The undersigned counsel for Respondents also has a deposition in another matter scheduled on August 12, 2025, the date the hearing is currently set for. The parties conferred and filed a stipulated request on July 30, 2025 for a one-week extension of the briefing and hearing schedule. On July 31, 2025, the Court advised the parties that its next available hearing date is September 23, 2025 and denied the parties' stipulation without prejudice to refiling in adherence "to the Court's provided available hearing dates" (Dkt. 11).

4. The parties conferred by telephone on July 31, 2025 and have agreed, subject to the Court's approval, that the briefing and hearing schedule be continued as set forth below.

5. This requested extension will not affect other dates set by the Court.

6. Aside from the first stipulation to extend these same deadlines (Dkt. 9), the parties have not requested any time modifications in the case.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Petitioner and Respondents, subject to the Court's approval, that Respondents' response to Petitioner's motion will be due on August 19, 2025 and the in-person hearing will be rescheduled to September 23, 2025 at 2 p.m. The Court's July 29, 2025 Order shall remain in effect until September 23, 2025 at 5 p.m.

DATED: July 31, 2025                              Respectfully submitted,

                                                  CRAIG H. MISSAKIAN
                                                  United States Attorney

                                                  */s/ Sapna Mehta*
                                                  SAPNA MEHTA
                                                  Assistant United States Attorney

                                                  Attorneys for Respondents

| | |
|---|---|
| DATED: July 31, 2025 | LA RAZA CENTRO LEGAL |
| | ** */s/ Jordan Wiener* <br> JORDAN WIENER |
| | Attorneys for Petitioner |
| | ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of this document has obtained approval from this signatory. |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that Respondents' response to Petitioner's motion is due on August 19, 2025 and the in-person hearing is rescheduled to September 23, 2025 at 2 p.m.  The Court's July 29, 2025 Order shall remain in effect until September 23, 2025 at 5 p.m.

IT IS SO ORDERED.

DATED: August 1, 2025

THE HON. TRINA L. THOMPSON
United States District Judge