United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE WILLY VALERA CHUQUILLANQUI,<br>Plaintiff,<br>v.<br>POLLY KAISER, et al.,<br>Defendants. | Case No.25-cv-06320-TLT<br><br>**JUDGMENT – WRIT OF HABEAS CORPUS** |

On August 28, 2026, the Court granted Plaintiff's Motion for Permanent Injunction and Request for a Due Process Pre-Detention Hearing. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff/Petitioner and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 28, 2026

TRINA L. THOMPSON
United States District Judge